Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants City of Fairfield, Fairfield Police Department, Rebecca Belk and Michael Ambrose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME HILL,<br><br>        Plaintiff,<br><br>vs.<br><br>FAIRFIELD POLICE DEPARTMENT; CITY OF FAIRFIELD, a municipal corporation; REBECCA BELK, individually and as a Police Officer for the CITY OF FAIRFIELD; MICHAEL AMBROSE, individually and as a Police Officer for the CITY OF FAIRFIELD; and DOES 1-50,<br><br>        Defendants. | Case No. 3:15-cv-02380-HSG<br><br>**STIPULATION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF CALIFORNIA, FILLING OF AN AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND [PROPOSED] ORDER**<br><br>Date:        CMC September 1, 2015<br>Time:        2:00 p.m.<br>Location:    Courtroom 15<br><br>Date:        **Motion to Dismiss, Sept. 10, 2015**<br><br>**Hon. Haywood S. Gilliam, Jr.** |

Defendants City of Fairfield, acting on behalf of itself and the Fairfield Police Department which is not a legal entity capable of suing or being sued, and police officers Rebecca Belk and Michael Ambrose filed a Motion to Dismiss and/or alternatively, Motion To Transfer Venue To The Eastern District of California, and Motion to Strike Punitive Damages Claim Against The City, which is scheduled for hearing on Tuesday, September 10, 2015. This matter also was scheduled by the Court for a Case Management Conference (CMC) on September 1, 2015.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of

1  record, that pursuant to 28 USC §1391 and 28 U.S.C. § 1406, venue of this case be transferred from this Court in the Northern District of California to the Eastern District of California. Venue in the Northern District of California is not proper on any of the grounds set forth in § 1391(b). Plaintiff's complaint shows that none of the defendants are residents in the Northern District of California; all of the alleged events or omissions giving rise to his claims occurred exclusively in Fairfield California, which is situated in the Eastern District of California (Cal. Govt. Code § 23648; 28 U.S.C. § 84); and jurisdiction in the Northern District cannot be justified under Section 1391(b)(3), as this action can, and should, be brought in the Eastern District, thus subsection (b)(3) is inapplicable. Under Section 1391(b), the Eastern District is the only district in which venue proper for this lawsuit. (*Ervin v. Judicial Council of California*, 2007 WL 1489255 * 3, C 06-7479 CW (N.D. Cal. 2007).)

Plaintiff also has agreed to amend his complaint in response to defendants' motion to dismiss. Plaintiff shall file his amended complaint within 30 days of the date the Eastern District issues Notice acknowledging the transfer of venue and jurisdiction over this case. Defendants' responsive pleading shall be filed within 30 days after plaintiff's amended complaint is filed.

The Case Management Conference scheduled for September 1, 2015, and hearing on Defendants' Motion to Dismiss and/or alternatively, Motion To Transfer Venue To The Eastern District of California, and Motion to Strike Punitive Damages Claim Against The City, scheduled for hearing on September 10, 2015, shall be taken off calendar.

IT IS SO STIPULATED:

Dated: August 25, 2015                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/Gregory Fox*
    Gregory M. Fox
    Attorneys for Defendants
    City of Fairfield, Fairfield Police Department,
    Rebecca Belk and Michael Ambrose

Dated: August 25, 2015

By: /s/ *Paul Alaga*
Lewis Romero
Paul Alaga
Attorneys for Plaintiff
Jerome Hill

IT IS SO ORDERED.

Dated: 8/25/2015

UNITED STATES DISTRICT JUDGE

### **ATTORNEY ATTESTATION**

I, GREGORY FOX, am the ECF User whose ID and password are being used to file this STIPULATION AND PROPOSED ORDER. I have obtained concurrence in and authorization of the filing of this document from Lewis Romero. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: August 25, 2015

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Gregory Fox*
Gregory M. Fox
Attorneys for Defendant
City of Fairfield, Fairfield Police Department, Rebecca Belk and Michael Abrose
3

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND [PROPOSED] ORDER
*Hill v Fairfield Police Department, et al.* Case No.: 3:15-cv-02380-HSG